UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Bruce Kirby Jenkins, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>United States of America, )<br>)<br>Respondent. )<br>_____ ) | Cr. No.: 6:08-106-GRA-1<br><br>**ORDER**<br>(Written Opinion) |

Pending before the Court is Petitioner's Motion to Vacate his Sentence pursuant to 28 U.S.C. § 2255. Petitioner filed his motion on September 4, 2015, arguing that he is entitled to relief pursuant to the United States Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015). On September 8, 2015, this Court ordered the Government to answer Petitioner's motion. On September 16, 2015, the Government filed a response contending that *Johnson* is inapplicable to Petitioner's case, but conceding that Petitioner is entitled to relief pursuant to *United States v. Montes-Flores*, 736 F.3d 357 (4th Cir. 2013). Accordingly, the Court orders the United States Probation and Pretrial Services Office assigned to Petitioner's case to prepare a revised Presentence Investigation Report taking the holding in *Montes-Flores* into consideration.

**IT IS SO ORDERED.**

*[signature]*

G. Ross Anderson, Jr.
Senior United States District Judge

November 24, 2015
Anderson, South Carolina